Commonwealth *v.* Tillman, Appellant.

Before BUCHER, J.

Submitted September 13, 1974. *Edward F. Browne, Jr.,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant;

802

*Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.